IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CARMEN L. EUBANKS** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:13-CV-519-KS-MTP**

**CAROLYN W. COLVIN** **DEFENDANT**

FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order [11] previously entered in this matter, and in accordance with Rule 58, the Court enters this Final Judgment in favor of Defendant, Carolyn W. Colvin, affirming the decision to deny benefits. This case is closed.

SO ORDERED AND ADJUDGED this 5th day of September, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE